## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION AND NOVARTIS AG, <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )   Case No. 1:17-cv-389-RGA |

### STIPULATION OF DISMISSAL

Pursuant to Rules 41(a)(l) and 41(c) of the Federal Rules of Civil Procedure, Plaintiffs Novartis Pharmaceuticals Corporation and Novartis AG ("Novartis") and Defendant Mylan Pharmaceuticals Inc. ("Mylan") hereby stipulate and agree that Novartis's action against Mylan, including all claims and defenses asserted by Novartis against Mylan and all claims, defenses and counterclaims asserted by Mylan against Novartis, are hereby dismissed with prejudice.  All parties shall bear their own costs, disbursements and attorneys' fees.

DATED: December 26, 2018

| McCARTER & ENGLISH, LLP | DEVLIN LAW FIRM LLC |
|---|---|
| /s/ *Daniel M. Silver* | /s/ *James M. Lennon* |
| Daniel M. Silver (#4758) | James M. Lennon (#4570) |
| Benjamin A. Smyth (#5528) | 1306 N. Broom St., Suite 1 |
| Renaissance Centre | Wilmington, DE 19806 |
| 405 North King Street, 8th Floor | Phone: (302) 449-7676 |
| Wilmington, DE 19801 | jlennon@devlinlawfirm.com |
| (302) 984-6300 | |
| dsilver@mccarter.com | *Attorneys for Defendant Mylan* |
| bsmyth @mccarter.com | *Pharmaceuticals Inc.* |

*Attorneys for Plaintiffs*

*Of Counsel:*
Nicholas N. Kallas
Christopher E. Loh
Christina Schwarz
Laura K. Fishwick
VENABLE LLP
1290 Avenue of the Americas
New York, NY 10104-3800
(212) 218-2100
nkallas@venable.com
cloh@venable.com
cschwarz@venable.com
lfishwick@venable.com

*Of Counsel:*
Shannon M. Bloodworth
Brandon M. White
Maria A. Stubbings
PERKINS COIE LLP
700 13th Street, NW, Suite 600
Washington, DC 20005
(202) 654-6200
SBloodworth@perkinscoie.com
BMWhite@perkinscoie.com
MStubbings@perkinscoie.com

Bryan D. Beel
PERKINS COIE LLP
1120 NW Couch Street, 10th Floor
Portland, OR 97209
(503) 727-2000
BBeel@perkinscoie.com

David L. Anstaett
Danielle S. Grant-Keane
PERKINS COIE LLP
1 East Main Street, Suite 201
Madison, WI 53703-5118
(608) 633-7460
DAnstaett@perkinscoie.com
DGrant-Keane@perkinscoie.com

SO ORDERED this _____ day of _____, 2018

_____
The Honorable Richard G. Andrews,
United States District Court  Judge